UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAN WILFREDO PACHECO MAYEN,

    Petitioner,

v.

Case No. 25-cv-13056
Hon. Matthew F. Leitman

IMMIGRATION AND CUSTOMS
ENFORCEMENT, ACTING DIRECTOR
OF DETROIT FIELD OFFICE,
ENFORCEMENT AND REMOVAL
OPERATIONS *KEVIN RAYCRAFT*, ET AL.

    Respondents.
_____/

## ORDER DIRECTNG THE GOVERNMENT TO RESPOND TO PETITIONER'S NOTICE SUGGESTING COMPANION CASE STATUS

Petitioner has filed a notice (ECF No. 6) suggesting that the Court treat this case as a companion case to several other cases (that are identified in the notice). The Court believes that it would be helpful to hear from the Government as to whether it views the cases as companions under the Court's Local Rules and as to whether the cases should be handled by a single District Judge. Accordingly, the Court **DIRECTS** the Government to file a response to the notice by not later than **12:00 p.m. on Friday, October 3, 2025**.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126